## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

_____

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD., and ACP MASTER, LTD. ) ) ) ) Plaintiffs, ) ) v. ) ) ARCILIA C. ACOSTA, FREDERICK M. ) GOLTZ, PAUL KEGLEVIC, SCOTT ) LEBOVITZ, MICHAEL MACDOUGALL, ) JONATHAN D. SMIDT, and JOHN F. YOUNG ) ) Individual Defendants, ) ) and ) ) ENERGY FUTURE COMPETITIVE ) HOLDINGS COMPANY, a Texas Corporation ) ) Nominal Defendant. ) | Civil Action No. 3:13-cv-01173-P  ECF CASE |

_____)

## **FINAL JUDGMENT**

Pursuant to the order issued on January 28, 2014 (Docket No. 17), granting the Defendants' Motion to Dismiss (Docket No. 13), and Federal Rule of Civil Procedure 58, it is ORDERED that Plaintiffs' action is DISMISSED.

SIGNED February 20th, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE